Certificate Number: 15317-NJ-DE-037165593

Bankruptcy Case Number: 23-10169



15317-NJ-DE-037165593

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>February 7, 2023</u>, at <u>11:14</u> o'clock <u>AM PST</u>, <u>Pamela Gordy</u> completed a course on personal financial management given <u>by internet</u> by <u>Access Counseling, Inc.</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>District of New Jersey</u>.

Date:  <u>February 7, 2023</u>          By:   <u>/s/Madelyn Kotb</u>

                                      Name: <u>Madelyn Kotb</u>

                                      Title: <u>Counselor</u>