UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**Robertson, Anschutz, Schneid, Crane & Partners, PLLC**
130 Clinton Road – Lobby B, Suite 202
Fairfield, NJ 07004
Telephone No.: 973-575-0707
Fax No.: 973-404-8886
Attorneys for Secured Creditor

Kimberly A. Wilson, Esq. (031441997)

Order Filed on July 26, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Pamela D. Gordy,**

    **Debtor.**

Case No.:     23-10169

Chapter:      13

Hearing Date: 07/11/2023

Judge:        Andrew B. Altenburg Jr.

# ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following pages, numbered two (2) through three (3), is hereby ORDERED.

**DATED: July 26, 2023**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

Page 2

Secured Creditor: JPMorgan Chase Bank, N.A.

Secured Creditor's Counsel: Robertson, Anschutz, Schneid, Crane & Partners, PLLC.

Debtors' Counsel: Georgette Miller

Property Involved ("Collateral"): 2015 Subaru Crosstrek (VIN: JF2GPADC4F8263916)

Relief sought:
- ■ Motion for relief from the automatic stay
- ☐ Motion to dismiss
- ☐ Motion for prospective relief to prevent imposition of automatic stay against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Secured Creditor's Motion(s) is (are) resolved, subject to the following conditions:

1. Status of post-petition arrearages:

    - ■ The Debtor is overdue for 3 months from April 20, 2023 through June 20, 2023.
    - ■ The Debtor is overdue for 3 payments from April 20, 2023 through June 20, 2023 at $448.79 per month.

        Total Arrearages Due $1,346.37.

2. Debtor must cure all post-petition arrearages, as follows:

    - ■ Beginning on July 20, 2023 regular monthly payments shall continue to be made in the amount of $448.79.

    - ■ Beginning on July 20, 2023, monthly cure payments shall be made in the amount of $448.79 for 3 months.

3. Payments to the Secured Creditor shall be made to the following address(es):

    - ■ Regular monthly payment: JPMorgan Chase Bank, N.A.
      National Bankruptcy Department
      P.O. Box 901032
      Ft. Worth, Texas 76101-2032

      ■ Monthly cure payment:    JPMorgan Chase Bank, N.A.
                                               National Bankruptcy Department
                                               P.O. Box 901032
                                               Ft. Worth, Texas 76101-2032

4.    In the event of Default:

      ■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Consent Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

      ■ In the event the Debtor(s) convert(s) to a Chapter 7 during the pendency of this bankruptcy case, the Debtor(s) shall cure all arrears within ten (10) days from the date of conversion in order to bring the loan contractually current. Should the Debtors fail to bring the loan contractually current, counsel shall file a Certification of Default with the Court, a copy of the Certification shall be sent to the Chapter 13 Trustee, Chapter 7 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay.

5.    Award of Attorneys' Fees:

      ■ The Applicant is awarded attorney fees of $350.00 and costs of $188.00.

          The fees and costs are payable:

      ■ Through the Chapter 13 plan.

      ☐ To the Secured Creditor within _____ days.

☐ Attorneys' fees are not awarded.