UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
AmeriSave Mortgage Corporation

In Re:

Pamela D. Gordy,

Debtor.

Case No.:     23-10169-ABA

Chapter:     13

Hearing Date:     09/26/2023

Judge:     Altenburg

## STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled         ☐ Withdrawn

Matter: Motion for Relief re: 415 Old Erial Road, Sicklerville, NJ (Docket # 26)

_____

Date: 09/21/2023

/s/ Denise Carlon
Signature

*rev.8/1/15*