UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Dilworth Paxson LLP
Georgette Miller
1500 Market Street
Suite 3500
Phildelphia, PA 19102
856-323-1100

In Re:

**Pamela D. Gordy**
Debtors.

Case No.:

Chapter: 23-10169

Adv. No.:

Hearing Date:

Judge: ABA

## CERTIFICATION OF SERVICE

1. I, Crystal Smith :
   ☐ represent _____ in this matter.

   ☒ am the secretary/paralegal for Georgette Miller , who represents **Pamela D. Gordy** in this matter.

   ☐ am the _____ in this case and am representing myself.

2. On September 22, 2023 I sent a copy of the following pleadings and/or documents to the parties listed in the chart below.

   NOTICE OF CHAPTER 13 CASE
   NOTICE OF HEARING ON CONFIRMATION OF PLAN
   AMENDED PLAN

3. I certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Date: 9/22/2023                    /s/ Crystal Smith
                                   Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Pamela D. Gordy<br>415 Old Erial Rd<br>Sicklerville, NJ 08081 | Debtor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Trustee | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable.) |
| All Creditors on Matrix | Creditor | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
|  |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable. |
|  |  | ☐ Hand-delivered<br>☒ Regular mail<br>☐ Certified mail/RR<br>☐ Other _____<br>(As authorized by the Court or by rule. Cite the rule if applicable. |

# Creditors

**Affirm, Inc.**
Attn: Bankruptcy
30 Isabella St, Floor 4
Pittsburgh, PA 15212

**AmeriSave Mortgage Corporation**
1 Corporate Drive, Suite 360
Lake Zurich, IL 60047

**Amerisave Mtg Corp/dov**
1 Corporate Dr
Lake Zurich, IL 60047

**Barclays Bank Delaware**
Attn: Bankruptcy
Po Box 8801
Wilmington, DE 19899

**BBVA**
Attn: Bankruptcy
5 South 20th St
Birmingham, AL 35233

**Capital One**
Attn: Bnakruptcy
P.O. Box 30285
Salt Lake City, UT 84130

**Capital One Auto Finance**
Attn: Bankruptcy
7933 Preston Rd
Plano, TX 75024

**Capital One N.A.**
4515 N Santa Fe Ave
Oklahoma City, OK 73118

**Chase Auto Finance**
Attn: Bankruptcy
Po Box 901076
Fort Worth, TX 76101

**Citibank, N.A.**
5800 S Corporate Pl
Sioux Falls, SD 57108-5027

**Citibank/The Home Depot**
Citicorp Credit Srvs/Centralized Bk dept

Po Box 790034
St Louis, MO 63179

**Comenitycapital/fastli**
Attn: Bankruptcy
Po Box 182125
Columbus, OH 43218

**E-Loan Wharehouse**
13526 W. Trepania Rd
Hayward, WI 54843

**Fnbo/ccs**
Attn: Bankruptcy
Po Box 5081
Sioux Falls, SD 57117

**Fortiva**
Attn: Bankruptcy
Po Box 105555
Atlanta, GA 30348

**IRS Center**
PO Box 9041
Andover, MA 01810-9041

**JPMorgan Chase Bank, N.A.**
National Bankruptcy Department
P.O. Box 29505 AZ1-5757
Phoenix, AZ 85038-9505

**Kohls/Capital One**
Attn: Credit Administrator
Po Box 3043
Milwaukee, WI 53201

**LendingClub**
Attn: Bankruptcy
595 Market Street, Suite 200
San Francisco, CA 94105

**Lendumo**
PO Box 542
Lac Du Flambeau, WI 54538

**Levelcredit**
Attn: Bnakruptcy
4601 Excelsior Boulevard #503
Minneapolis, MN 55416

**Lnv Funding**
c/o Pressler, Felt and Warshaw

7 Eaton Rd
Parsippany, NJ 07054

**LVNV Funding, LLC**
Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587

**Macys/fdsb**
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

**Mariner Finance**
Attn: Bankruptcy
8211 Town Center Drive
Nottingham, MD 21236

**Mariner Finance, LLC**
8211 Town Center Drive
Nottingham, MD 21236

**MOHELA**
Attn: Bankruptcy
633 Spirit Drive
Chesterfield, MO 63005

**National Debt Relief**
1900 E Golf Rd
Sute 550
Schaumburg, IL 60173

**NetCredit**
Attn: Bankruptcy
175 W. Jackson Blvd, Ste 1000
Chicago, IL 60604

**New Jersey Division of Taxation**
PO Box 381
Trenton, NJ 08695-0381

**ONEMAIN**
P.O. BOX 3251
EVANSVILLE, IN 47731-3251

**OneMain Financial**
Attn: Bankruptcy
Po Box 3251
Evansville, IN 47731

**Portfolio Recovery Associates, LLC**
c/o The Bank Of Missouri

POB 41067
Norfolk VA 23541

**Portfolio Recovery Services**
120 Corporate Blvd.
Suite 100
Norfolk, VA 23502

**Quantum3**
NO ADDRESS PROVIDED

**Quantum3 Group LLC as agent for**
Velocity Investments LLC
PO Box 788
Kirkland, WA 98083-0788

**Quantum3 Group LLC as agent for**
Credit Corp Solutions Inc
PO Box 788
Kirkland, WA 98083-0788

**Remex Inc**
Attn: Bankruptcy
307 Wall Street
Princeton, NJ 08540

**Resurgent Capital Services**
Attn: Bankruptcy
Po Box 10497
Greenville, SC 29603

**Springleaf Financial S**
601 Nw Second St
Evanston, IN 47708

**Sunrise Banks**
Attn: Bankruptcy
200 University Avenue West
Saint Paul, MN 55103

**Syncb/walmart**

**Upgrade, Inc.**
Attn: Bankruptcy
275 Battery Street 23rd Floor
San Francisco, CA 94111