Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

        Case No.:  23−10169−ABA
        Chapter:  13
        Judge:  Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pamela D. Gordy
   415 Old Erial Rd
   Sicklerville, NJ 08081

Social Security No.:
   xxx−xx−4085

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

    NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on November 9, 2023.

Dated: November 9, 2023
JAN: har

                        Jeanne Naughton
                        Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 23-10169-ABA
Pamela D. Gordy  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1      User: admin      Page 1 of 3
Date Rcvd: Nov 09, 2023      Form ID: plncf13      Total Noticed: 46

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 11, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela D. Gordy, 415 Old Erial Rd, Sicklerville, NJ 08081-9302 |
| 519807466 | + | E-Loan Wharehouse, 13526 W. Trepania Rd, Hayward, WI 54843-2264 |
| 520022058 | | Lnv Funding, c/o Pressler, Felt and Warshaw, 7 Eaton Rd, Parsippany, NJ 07054 |
| 519807476 | + | National Debt Relief, 1900 E Golf Rd, Sute 550, Schaumburg, IL 60173-5834 |
| 520022057 | | New Jersey Division of Taxation, PO Box 381, Trenton, NJ 08695-0381 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Nov 10 2023 01:05:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 10 2023 01:05:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| cr | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2023 01:32:41 | Synchrony Bank c/o PRA Receivables Management, LLC, PO BOX 41021, Norfolk, VA 23541-1021 |
| 519807457 | + | Email/Text: backoffice@affirm.com | Nov 10 2023 01:06:00 | Affirm, Inc., Attn: Bankruptcy, 30 Isabella St, Floor 4, Pittsburgh, PA 15212-5862 |
| 519807459 | + | Email/Text: BarclaysBankDelaware@tsico.com | Nov 10 2023 01:04:00 | Barclays Bank Delaware, Attn: Bankruptcy, Po Box 8801, Wilmington, DE 19899-8801 |
| 519807461 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Nov 10 2023 01:14:24 | Capital One, Attn: Bnakruptcy, P.O. Box 30285, Salt Lake City, UT 84130-0285 |
| 519807462 | + | Email/PDF: acg.coaf.ebn@aisinfo.com | Nov 10 2023 02:05:04 | Capital One Auto Finance, Attn: Bankruptcy, 7933 Preston Rd, Plano, TX 75024-2302 |
| 519837227 | + | Email/PDF: ebn_ais@aisinfo.com | Nov 10 2023 01:33:36 | Capital One N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 519860598 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2023 01:33:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 519807464 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2023 01:32:56 | Citibank/The Home Depot, Citicorp Credit Srvs/Centralized Bk dept, Po Box 790034, St Louis, MO 63179-0034 |
| 519807465 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Nov 10 2023 01:04:00 | Comenitycapital/fastli, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 519866792 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 10 2023 01:04:00 | AmeriSave Mortgage Corporation, 1 Corporate Drive, Suite 360, Lake Zurich, IL 60047 |
| 519807458 | | Email/Text: BKCourtNotices@yourmortgageonline.com | Nov 10 2023 01:04:00 | Amerisave Mtg Corp/dov, 1 Corporate Dr, Lake Zurich, IL 60047 |

Case 23-10169-ABA  Doc 42  Filed 11/11/23  Entered 11/12/23 11:34:39  Desc Imaged
Certificate of Notice  Page 3 of 4

| District/off: 0312-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: plncf13 | Total Noticed: 46 |

| | | | | |
|---|---|---|---|---|
| 519807473 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Nov 10 2023 01:33:49 | Macys/fdsb, Attn: Bankruptcy, 9111 Duke Boulevard, Mason, OH 45040 |
| 519807467 | | Email/Text: BNSTAZ@capitalsvcs.com | Nov 10 2023 01:03:00 | Fnbo/ccs, Attn: Bankruptcy, Po Box 5081, Sioux Falls, SD 57117 |
| 519807468 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Nov 10 2023 01:03:00 | Fortiva, Attn: Bankruptcy, Po Box 105555, Atlanta, GA 30348-5555 |
| 520022056 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 10 2023 01:04:00 | IRS Center, PO Box 9041, Andover, MA 01810-9041 |
| 519807463 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 10 2023 01:11:31 | Chase Auto Finance, Attn: Bankruptcy, Po Box 901076, Fort Worth, TX 76101 |
| 519836310 | | Email/PDF: ais.chase.ebn@aisinfo.com | Nov 10 2023 01:14:31 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. Box 29505 AZ1-5757, Phoenix, AZ 85038-9505 |
| 519807469 | + | Email/Text: PBNCNotifications@peritusservices.com | Nov 10 2023 01:03:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 519812306 | | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 01:32:56 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 519807470 | + | Email/Text: Documentfiling@lciinc.com | Nov 10 2023 01:03:00 | LendingClub, Attn: Bankruptcy, 595 Market Street, Suite 200, San Francisco, CA 94105-2802 |
| 519807471 | + | Email/Text: mail@ldf-holdings.com | Nov 10 2023 01:03:00 | Lendumo, PO Box 542, Lac Du Flambeau, WI 54538-0542 |
| 519807472 | ^ | MEBN | Nov 10 2023 00:53:04 | Levelcredit, Attn: Bnakruptcy, 4601 Excelsior Boulevard #503, Minneapolis, MN 55416-4977 |
| 519807475 | | Email/Text: EBN@Mohela.com | Nov 10 2023 01:04:00 | MOHELA, Attn: Bankruptcy, 633 Spirit Drive, Chesterfield, MO 63005 |
| 519807474 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 10 2023 01:04:00 | Mariner Finance, Attn: Bankruptcy, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519843507 | + | Email/Text: bankruptcy@marinerfinance.com | Nov 10 2023 01:04:00 | Mariner Finance, LLC, 8211 Town Center Drive, Nottingham, MD 21236-5904 |
| 519807477 | + | Email/Text: netcreditbnc@enova.com | Nov 10 2023 01:05:00 | NetCredit, Attn: Bankruptcy, 175 W. Jackson Blvd, Ste 1000, Chicago, IL 60604-2863 |
| 519820453 | | Email/PDF: cbp@omf.com | Nov 10 2023 01:32:52 | ONEMAIN, P.O. BOX 3251, EVANSVILLE, IN 47731-3251 |
| 519807478 | + | Email/PDF: cbp@omf.com | Nov 10 2023 01:11:31 | OneMain Financial, Attn: Bankruptcy, Po Box 3251, Evansville, IN 47731-3251 |
| 519807460 | | Email/Text: Bankruptcy.Notices@pnc.com | Nov 10 2023 01:03:00 | BBVA, Attn: Bankruptcy, 5 South 20th St, Birmingham, AL 35233 |
| 519860939 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2023 01:44:33 | | Portfolio Recovery Associates, LLC, c/o The Bank Of Missouri, POB 41067, Norfolk VA 23541 |
| 520022059 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 10 2023 01:32:56 | | Portfolio Recovery Services, 120 Corporate Blvd., Suite 100, Norfolk, VA 23502-4952 |
| 519821863 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2023 01:05:00 | Quantum3 Group LLC as agent for, Credit Corp Solutions Inc, PO Box 788, Kirkland, WA 98083-0788 |
| 519867460 | | Email/Text: bnc-quantum@quantum3group.com | Nov 10 2023 01:05:00 | Quantum3 Group LLC as agent for, Velocity Investments LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 519807479 | + | Email/Text: clientservices@remexinc.com | Nov 10 2023 01:04:00 | Remex Inc, Attn: Bankruptcy, 307 Wall Street, Princeton, NJ 08540-1515 |
| 519807480 | + | Email/PDF: resurgentbknotifications@resurgent.com | Nov 10 2023 01:33:36 | Resurgent Capital Services, Attn: Bankruptcy, Po Box 10497, Greenville, SC 29603-0497 |

Case 23-10169-ABA    Doc 42    Filed 11/11/23    Entered 11/12/23 11:34:39    Desc Imaged
Certificate of Notice    Page 4 of 4

| District/off: 0312-1 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 09, 2023 | Form ID: plncf13 | Total Noticed: 46 |

| 519807481 | | Email/PDF: cbp@omf.com | Nov 10 2023 01:13:08 | Springleaf Financial S, 601 Nw Second St, Evanston, IN 47708 |
|---|---|---|---|---|
| 519807482 | + | Email/Text: bankruptcy.notices@sunrisebanks.com | Nov 10 2023 01:03:00 | Sunrise Banks, Attn: Bankruptcy, 200 University Avenue West, Saint Paul, MN 55103-2075 |
| 519808246 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Nov 10 2023 01:32:44 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 519807484 | | Email/Text: bknotice@upgrade.com | Nov 10 2023 01:03:00 | Upgrade, Inc., Attn: Bankruptcy, 275 Battery Street 23rd Floor, San Francisco, CA 94111 |

TOTAL: 41

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 520022060 | | Quantum3, NO ADDRESS PROVIDED |
| 519807483 | | Syncb/walmart |

TOTAL: 2 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Nov 11, 2023        Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 9, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Andrew B Finberg | ecfmail@standingtrustee.com |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg ecfmail@standingtrustee.com |
| Denise E. Carlon | on behalf of Creditor AmeriSave Mortgage Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Georgette Miller | on behalf of Debtor Pamela D. Gordy bky@dilworthlaw.com miller.georgetter93726@notify.bestcase.com |
| Kimberly A. Wilson | on behalf of Creditor JPMORGAN CHASE BANK N.A. kimwilson@raslg.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7