Printed on: 01/02/2024  
ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
Case Number: 23-10169 (ABA)

Pamela D. Gordy  
415 Old Erial Road  
Sicklerville, NJ  08081

Monthly Payment: $720.00  
Payments / Month: 1  
Current Trustee Comp.: 9.60%

**For the period of 01/01/2023 to 12/31/2023**  
**The following are receipts posted in this case within the above dates:**

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 02/08/2023 | $600.00 | 03/08/2023 | $600.00 | 04/10/2023 | $600.00 | 05/08/2023 | $600.00 |
| 06/08/2023 | $600.00 | 07/11/2023 | $600.00 | 08/08/2023 | $600.00 | 09/11/2023 | $600.00 |
| 10/10/2023 | $600.00 | 11/08/2023 | $600.00 | 12/08/2023 | $600.00 | 12/11/2023 | $120.00 |

**The following are the creditors who are set up to be paid through this plan:**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PAMELA D. GORDY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER, ESQUIRE | 13 | $3,750.00 | $3,750.00 | $0.00 | $3,750.00 |
| 1 | AFFIRM, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | AMERISAVE MORTGAGE CORPORATION | 24 | $4,115.30 | $203.68 | $3,911.62 | $203.68 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $695.12 | $0.00 | $695.12 | $0.00 |
| 4 | BARCLAYS BANK DELAWARE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE, N.A. | 33 | $182.92 | $0.00 | $182.92 | $0.00 |
| 6 | CAPITAL ONE AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 24 | $415.16 | $20.55 | $394.61 | $20.55 |
| 8 | CITIBANK, N.A. | 33 | $405.29 | $0.00 | $405.29 | $0.00 |
| 9 | COMENITYCAPITAL/FASTLI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE, N.A. | 33 | $288.35 | $0.00 | $288.35 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,841.78 | $0.00 | $1,841.78 | $0.00 |
| 12 | FORTIVA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | KOHLS/CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $2,445.68 | $0.00 | $2,445.68 | $0.00 |
| 15 | LENDUMO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LEVELCREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | MOHELA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MACYS/FDSB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | MARINER FINANCE | 33 | $8,167.57 | $0.00 | $8,167.57 | $0.00 |
| 20 | NATIONAL DEBT RELIEF | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | NETCREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | ONEMAIN FINANCIAL GROUP, LLC | 24 | $3,162.05 | $156.50 | $3,005.55 | $156.50 |
| 23 | QUANTUM3 GROUP, LLC | 33 | $1,058.63 | $0.00 | $1,058.63 | $0.00 |
| 24 | LVNV FUNDING, LLC | 33 | $1,254.46 | $0.00 | $1,254.46 | $0.00 |
| 25 | SPRINGLEAF FINANCIAL S | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 26 | SUNRISE BANKS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 27 | SYNCB/WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 33 | $4,247.44 | $0.00 | $4,247.44 | $0.00 |
| 30 | GEORGETTE MILLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | JPMORGAN CHASE BANK, N.A. | 13 | $538.00 | $538.00 | $0.00 | $538.00 |
| 33 | DEPARTMENT OF THE TREASURY | 28 | $1,500.00 | $0.00 | $1,500.00 | $0.00 |
| 34 | STATE OF NEW JERSEY | 28 | $500.00 | $0.00 | $500.00 | $0.00 |
| 35 | CAPITAL ONE, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | MARINER FINANCE | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | AMERISAVE MORTGAGE CORPORATION | 24 | $4,389.68 | $217.26 | $4,172.42 | $217.26 |
| 39 | AMERISAVE MORTGAGE CORPORATION | 13 | $538.00 | $538.00 | $0.00 | $538.00 |
| 40 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $13,688.24 | $0.00 | $13,688.24 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|---|---|---|
| 02/01/2023 | 9.00 | $0.00 |
| 11/01/2023 | Paid to Date | $5,400.00 |
| 12/01/2023 | 50.00 | $720.00 |
| 02/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $6,720.00 |
| Total paid to creditors this period: | $5,423.99 |
| Undistributed Funds on Hand: | $650.89 |
| Arrearages: | $120.00 |
| Attorney: | GEORGETTE MILLER, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**