Printed on: 12/31/2025

ANDREW B. FINBERG [*ICB-99001-00*]

Page 1 of 2

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE DISTRICT OF NEW JERSEY

## TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
### Case Number: 23-10169 (ABA)

Pamela D. Gordy
415 Old Erial Road
Sicklerville, NJ  08081

Monthly Payment: $720.00
Payments / Month: 1
Current Trustee Comp.: 10.00%

### For the period of 01/01/2025 to 12/31/2025
### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|---|---|---|---|---|---|---|---|
| 01/09/2025 | $720.00 | 02/10/2025 | $720.00 | 03/10/2025 | $720.00 | 04/08/2025 | $720.00 |
| 05/08/2025 | $720.00 | 06/09/2025 | $720.00 | 07/09/2025 | $720.00 | 08/08/2025 | $720.00 |
| 09/09/2025 | $720.00 | 10/08/2025 | $720.00 | 11/10/2025 | $720.00 | 12/08/2025 | $720.00 |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|---|---|---|---|---|---|---|
| 0 | PAMELA D. GORDY | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | GEORGETTE MILLER, ESQUIRE | 13 | $3,750.00 | $3,750.00 | $0.00 | $0.00 |
| 0 | MICHELLE LEE, ESQUIRE | 13 | $0.00 | $0.00 | $0.00 | $0.00 |
| 1 | AFFIRM, INC. | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 2 | PLANET HOME LENDING, LLC | 24 | $4,115.30 | $4,115.30 | $0.00 | $2,872.24 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $695.12 | $42.11 | $653.01 | $0.00 |
| 4 | BARCLAYS BANK DELAWARE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | CAPITAL ONE, N.A. | 33 | $182.92 | $0.00 | $182.92 | $0.00 |
| 6 | CAPITAL ONE AUTO FINANCE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 7 | JPMORGAN CHASE BANK, N.A. | 24 | $415.16 | $415.16 | $0.00 | $289.76 |
| 8 | CITIBANK, N.A. | 33 | $405.29 | $16.89 | $388.40 | $0.00 |
| 9 | COMENITYCAPITAL/FASTLI | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 10 | CAPITAL ONE, N.A. | 33 | $288.35 | $17.47 | $270.88 | $0.00 |
| 11 | PORTFOLIO RECOVERY ASSOCIATES, LLC | 33 | $1,841.78 | $111.58 | $1,730.20 | $0.00 |
| 12 | FORTIVA | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 13 | KOHLS/CAPITAL ONE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 14 | LVNV FUNDING, LLC | 33 | $2,445.68 | $148.16 | $2,297.52 | $0.00 |
| 15 | LENDUMO | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 16 | LEVELCREDIT | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 17 | U.S. DEPARTMENT OF EDUCATION | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 18 | MACYS/FDSB | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 19 | MARINER FINANCE, LLC | 33 | $8,167.57 | $494.82 | $7,672.75 | $0.00 |
| 20 | NATIONAL DEBT RELIEF | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 21 | NETCREDIT | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 22 | ONEMAIN FINANCIAL GROUP, LLC | 24 | $3,162.05 | $3,162.05 | $0.00 | $2,206.93 |
| 23 | QUANTUM3 GROUP, LLC | 33 | $1,058.63 | $64.13 | $994.50 | $0.00 |
| 24 | LVNV FUNDING, LLC | 33 | $1,254.46 | $75.99 | $1,178.47 | $0.00 |
| 25 | SPRINGLEAF FINANCIAL S | 0 | $0.00 | $0.00 | $0.00 | $0.00 |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|-----------|------------|-------------|------------------|
| 26 | SUNRISE BANKS | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 27 | SYNCB/WALMART | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 28 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 29 | QUANTUM3 GROUP, LLC | 33 | $4,247.44 | $257.32 | $3,990.12 | $0.00 |
| 30 | GEORGETTE MILLER | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 31 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 32 | JPMORGAN CHASE BANK, N.A. | 13 | $538.00 | $538.00 | $0.00 | $0.00 |
| 33 | DEPARTMENT OF THE TREASURY | 28 | $1,500.00 | $0.00 | $1,500.00 | $0.00 |
| 34 | STATE OF NEW JERSEY | 28 | $500.00 | $0.00 | $500.00 | $0.00 |
| 35 | CAPITAL ONE, N.A. | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 36 | MARINER FINANCE, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 37 | QUANTUM3 GROUP, LLC | 33 | $0.00 | $0.00 | $0.00 | $0.00 |
| 38 | PLANET HOME LENDING, LLC | 24 | $4,389.68 | $4,389.68 | $0.00 | $3,063.74 |
| 39 | AMERISAVE MORTGAGE CORPORATION | 13 | $538.00 | $538.00 | $0.00 | $0.00 |
| 40 | ONEMAIN FINANCIAL GROUP, LLC | 33 | $13,688.24 | $829.25 | $12,858.99 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 02/01/2023 | 9.00 | $0.00 |
| 11/01/2023 | Paid to Date | $5,400.00 |
| 12/01/2023 | 50.00 | $720.00 |
| 02/01/2028 | Projected end of plan | |

| | |
|---|---|
| Total payments received this period: | $8,640.00 |
| Total paid to creditors this period: | $8,432.67 |
| Undistributed Funds on Hand: | $2,666.75 |
| Arrearages: | ($600.00) |
| Attorney: | MICHELLE LEE, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**