Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 23−10169−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Pamela D. Gordy
415 Old Erial Rd
Sicklerville, NJ 08081

Social Security No.:
xxx−xx−4085

Employer's Tax I.D. No.:

---

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/1/26 at 10:00 AM

to consider and act upon the following:

***57*** − Objection to (related document:56 Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of PLANET HOME LENDING, LLC. Objection deadline is 08/10/2026. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PLANET HOME LENDING, LLC) filed by Michelle Lee on behalf of Pamela D. Gordy. (Attachments: # 1 Certificate of Service) (Lee, Michelle)

Dated: 8/11/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court