Form ntchrgbk

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 23−10169−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Pamela D. Gordy
415 Old Erial Rd
Sicklerville, NJ 08081

Social Security No.:
xxx−xx−4085

Employer's Tax I.D. No.:

**NOTICE OF HEARING**

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

on 9/1/26 at 10:00 AM

to consider and act upon the following:

***57*** **−** Objection to (related document:56 Creditor's Certification of Default (related document:35 Order on Motion For Relief From Stay) filed by Matthew K. Fissel on behalf of PLANET HOME LENDING, LLC. Objection deadline is 08/10/2026. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor PLANET HOME LENDING, LLC) filed by Michelle Lee on behalf of Pamela D. Gordy. (Attachments: # 1 Certificate of Service) (Lee, Michelle)

Dated: 8/11/26

Jeanne Naughton
Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court

District of New Jersey

In re: Case No. 23-10169-ABA
Pamela D. Gordy Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Aug 11, 2026 Form ID: ntchrgbk Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 13, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela D. Gordy, 415 Old Erial Rd, Sicklerville, NJ 08081-9302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 13, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 11, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Creditor JPMORGAN CHASE BANK N.A. cwoerner@raslg.com |
| Matthew K. Fissel | on behalf of Creditor AmeriSave Mortgage Corporation bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michelle Lee | on behalf of Debtor Pamela D. Gordy bky@dilworthlaw.com |

| | |
|---|---|
| Richard Abel | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9