UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Matthew Fissel, Esquire
KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com
Attorneys for Secured Creditor:
Planet Home Lending, LLC

**Order Filed on September 4, 2026
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In Re:
Pamela D. Gordy
Debtor

Case No.: 23-10169 ABA

Chapter: 13

Hearing Date: 9/1/2026 @ 10am

Judge: Andrew B. Altenburg Jr.

## ORDER RESOLVING CERTIFICATE OF DEFAULT

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED.**

**DATED: September 4, 2026**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

---

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Planet Home Lending, LLC, Matthew Fissel, Esq. appearing, upon a certificate of default as to real property located at 415 Old Erial Road, Sicklerville, NJ, 08081, and it appearing that notice of said motion was properly served upon all parties concerned, and this Court having considered the representations of attorneys for Secured Creditor and Michelle Lee, Esq., attorney for Debtor, and for good cause having been shown

It is **ORDERED, ADJUDGED and DECREED** that as of August 11, 2026, Debtor is in arrears outside of the Chapter 13 Plan to Secured Creditor for payments due May 2026 through August 2026 for a total post-petition default of $4,672.33 (4 @ $1,363.29; less suspense $780.83); and

It is further **ORDERED, ADJUDGED and DECREED** that the balance of the arrears in the amount of $4,672.33 shall be added to the affidavit of amount due and paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that regular mortgage payments are to resume September 1, 2026, directly to Secured Creditor care of its servicer (Note: the amount of the monthly mortgage payment is subject to change according to the terms of the note and mortgage); and

It is further **ORDERED, ADJUDGED and DECREED** that for the Duration of Debtor's Chapter 13 bankruptcy proceeding, if the lump sum payment or any regular monthly mortgage payments are not made within thirty (30) days of the date said payment is due, Secured Creditor may obtain an Order Vacating Automatic Stay as to Real Property by submitting a Certification of Default to the Court indicating such payment is more than thirty days late, and Debtor shall have fourteen days to respond; and

It is further **ORDERED, ADJUDGED and DECREED** that a copy of any such application, supporting certification, and proposed Order must be served on the Trustee, Debtor, and Debtor's counsel at the time of submission to the Court; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor is hereby awarded reimbursement of fees and costs in the sum of $250.00 for attorneys' fees which is to be paid through Debtor's Chapter 13 plan; and

It is further **ORDERED, ADJUDGED and DECREED** that Secured Creditor's Certificate of Default is hereby resolved.

United States Bankruptcy Court

District of New Jersey

In re: Case No. 23-10169-ABA
Pamela D. Gordy Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1 User: admin Page 1 of 2
Date Rcvd: Sep 04, 2026 Form ID: pdf903 Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 06, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pamela D. Gordy, 415 Old Erial Rd, Sicklerville, NJ 08081-9302 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 06, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 4, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Andrew B Finberg | courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Andrew B Finberg | on behalf of Trustee Andrew B Finberg courtmail@standingtrustee.com ecf.mail_9022@mg.bkdocs.us |
| Cory Francis Woerner | on behalf of Creditor JPMORGAN CHASE BANK N.A. cwoerner@raslg.com |
| Matthew K. Fissel | on behalf of Creditor AmeriSave Mortgage Corporation bkgroup@kmllawgroup.com matthew.fissel@brockandscott.com |
| Matthew K. Fissel | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com, matthew.fissel@brockandscott.com |
| Michelle Lee | on behalf of Debtor Pamela D. Gordy bky@dilworthlaw.com |

| | |
|---|---|
| Richard Abel | on behalf of Creditor PLANET HOME LENDING LLC bkgroup@kmllawgroup.com |
| Sindi Mncina | on behalf of Creditor JPMORGAN CHASE BANK N.A. smncina@raslg.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 9